Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: **ABDUR RAZAQ,** Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDUR RAZAQ,**<br><br>    **Plaintiff;**<br><br>    v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br>    **Defendants.** | Case No.: 1:06-CV-01164 - AWI SMS<br><br>A No.: 439 68 554<br><br>**STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).


Dated: November 21, 2006.         PETER SINGH & ASSOCIATES, P.C.


                                  _____/s/ Peter Singh_____
                                  Peter Singh
                                  Attorney for Plaintiff, Abdur Razaq


Dated: November 21, 2006.         U.S. ATTORNEY EASTERN
                                  DISTRICT OF CALIFORNIA.


                                  _____/s/ Audrey B. Hemesath_____
                                  Audrey B. Hemesath,
                                  Attorney for Defendants.

**ORDER**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1)(ii), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court . . .by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal Without Prejudice.

IT IS SO ORDERED.

**Dated:     November 22, 2006**              /s/ Anthony W. Ishii
0m8i78                                                            UNITED STATES DISTRICT JUDGE